UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-0058-HBK |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO EXTEND PROBATION AND CONTINUE REVIEW HEARING |
| v. | |
| MARCO RIVERA, | (Doc. No. 18) |
| Defendant. | |

Pending before the Court is the parties Joint Motion to Extend Probation and Continue Review Hearing filed July 28, 2021.  (Doc. No. 18).  The parties jointly petition the Court to extend Defendant's period of probation and continue the August 3, 2021 Review Hearing.  (*Id*.).  On March 10, 2020, Defendant was sentenced to 18 months of unsupervised probation, and ordered to pay a $1,600.00 fine and complete the DMV First Time Offender DUI Course.  (Doc. No. 12).  Defendant's probationary period expires August 10, 2021 but he requires additional time to complete a portion of the DMV First Time Offender DUI Course.  Defendant otherwise has complied with his other terms of his probation.  The Court construes the Joint Motion as incorporating a waiver for a hearing.  Fed. R. Crim. P. 32.1(c)(2)(A).

Accordingly, it is **ORDERED**:

1. The Joint Motion to Extend Probation and Continue Review Hearing (Doc. No. 18) is GRANTED.

2. Pursuant to 18 U.S.C. §§ 3563(c) and 3564(c), the Court extends Defendant's probation to **February 10, 2022.**

3. The August 4, 2021 Review Hearing is CONTINUED to **January 25, 2022 at 10:00 a.m.**

4. Defendant may move to terminate probation and vacate the January 25, 2022 Review Hearing if in full compliance with the terms of his probation.

Dated: August 2, 2021

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE